UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD QUICK,

    Plaintiff,

v.                                          Case No. 3:14-cv-416-J-32JRK

SOCIAL SECURITY
ADMINISTRATION,

    Defendants.

**O R D E R**

This case is before the Court on pro se Plaintiff Richard Quick's Affidavit of Indigency (Doc. 2), filed on April 10, 2014, which the Court construes as a motion to proceed in forma pauperis. On June 19, 2014, the assigned United States Magistrate Judge issued an Order that took the motion under advisement and directed Quick to either file an amended complaint or pay the $400 filing fee. (Doc. 5.) On July 30, 2014, Quick filed an amended complaint.[1] (Doc. 7.) On October 28, 2014, the Magistrate Judge issued a Report and Recommendation (Doc. 11) recommending that the motion

---

[1] Quick was incarcerated when he first filed this case. Though he appears to have timely provided it to prison officials for mailing, the Clerk did not receive his amended complaint until after the filing deadline set by the Magistrate Judge. The Magistrate Judge therefore issued an Order to Show Cause why the case should not be dismissed (Doc. 6), but discharged it after receiving Quick's response (Doc. 10).

Since then, Quick has apparently been released (Doc. 11 at 1 n.2), though he has not confirmed this fact or provided a new address. Recent mail addressed to him at the correctional facility where he had been housed has been returned undeliverable. Like the Magistrate Judge, the Court will therefore direct the Clerk to mail a copy of this Order only to his stated residence upon release at the address below. (Id.)

to proceed in forma pauperis be denied and that the case be dismissed without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); M.D. Fla. R. 6.02(a). Upon de novo review of the file, and viewing the complaint and amended complaint both separately and together, the Court agrees with the Report and Recommendation. Accordingly, it is hereby

**ORDERED:**

1. Plaintiff Richard Quick's Motion to Proceed in Forma Pauperis (Doc. 2) is **DENIED**.

2. The Report and Recommendation of the Magistrate Judge (Doc. 11) is **ADOPTED** as the opinion of the Court.

3. This case is **DISMISSED without prejudice**.

4. The Clerk is directed to terminate any pending deadlines and motions and to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 26th day of November, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Richard Quick
3219 Mayhalia Place
Orlando, FL 32805